THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM SCHERR, Appellant.

(Submitted January 5, 1931; decided January 13, 1931.)

*Charles B. McLaughlin, District Attorney (Sol Boneparth* of counsel), for motion.
*Harold S. Kohn* opposed.

Motion granted and appeal dismissed.